ELLEN M. BUTLER et al., Appellants, v. LUTHERAN MEDICAL CENTER, Respondent.—

Hopkins, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.